THE STATE EX REL. GREEN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Green v. Indus. Comm.* (1999), 87 Ohio St.3d 41.]

(No. 99–212—Submitted August 25, 1999—Decided October 13, 1999.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and *Lynn S. Jaffy,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Angela D. Marinakis,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents.

COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent because I do not agree that *Gay* relief is warranted. I would affirm the judgment of the court of appeals and return the cause to the Industrial Commission for compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

COOK, J., concurs in the foregoing dissenting opinion.